IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                           No. C-10-0449 MMC

JOSE MARIO ZUNIGA,                 **ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE**

       Debtor,
_____

ONEWEST BANK, FSB, and its successors and/or assignees,

       Movant,
  v.

JOSE MARIO ZUNIGA, Debtor, and
MARTHA G. BRONITSKY, Trustee,

       Respondents
_____/

      By order filed February 4, 2010, the Court directed appellant Jose Mario Zuniga ("Zuniga") to show cause, in writing and no later than February 12, 2010, why the above-titled appeal from a decision of the Bankruptcy Court should not be dismissed for failure to prosecute. Said order was based on Zuniga's having failed to file in the Bankruptcy Court a Designation of Record, a Statement of Issues, and a Transcript Order Notice.

      To date, Zuniga has failed to respond in any way to the Court's order to show cause, and consequently, has not advised the Court whether he has filed the necessary

documents in the Bankruptcy Court, and, if not, why he has failed to file them.[1]  In short, Zuniga has failed to show why the instant appeal should not be dismissed for failure to prosecute.  Nonetheless, in an abundance of caution, the Court has reviewed the docket of the Bankruptcy Court, and, having completed such review, finds that Zuniga, in fact, has failed to file in the Bankruptcy Court a Designation of Record, a Statement of Issues, and a Transcript Order Notice.

Accordingly, the Court finds that Zuniga has failed to prosecute the above-titled appeal, and hereby DISMISSES the instant appeal for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  March 9, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Approximately one month has passed since the deadline for Zuniga to respond to the order to show cause.